IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON ANTHONY FLEMONS**                                                                **PLAINTIFF**
**ADC #119749**

v.                                       No: 4:22-cv-00606-LPR

**WESTBROOK**                                                                           **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris.[1]  No objections have been filed, and the time for doing so has passed.  After a careful and *de novo* review of the PFPR and the record, the Court concludes that the PFPR should be, and hereby is, approved and adopted in its entirety as this Court's findings.[2]

IT IS THEREFORE ORDERED THAT Mr. Flemons's due process claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 20th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 8.

[2] The Court notes that, subsequent to this PFPR, Mr. Flemons voluntarily dismissed his claims against Captain Nunn. *See* Docs. 11 & 12.  The approval of the current PFPR does not affect the dismissal of all claims against Captain Nunn.