IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AARON ANTHONY FLEMONS     PLAINTIFF
ADC #119749

v.     No: 4:22-cv-00606-LPR-PSH

VALERIE WESTBROOK     DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris and the Plaintiff's Objections.[1] After a *de novo* review of the PFPR and careful consideration of the objections and the entire record, the Court concludes that the PFPR should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.[2]

IT IS THEREFORE ORDERED THAT:

(1)     Westbrook's motion for summary judgment (Doc. 23) is GRANTED in part and DENIED in part;

(2)     Plaintiff's First Amendment retaliation claim is DISMISSED without prejudice for failure to exhaust available administrative remedies; and

(3)     Plaintiff's Eighth Amendment claim will proceed.

---

[1] Docs. 35 & 38.

[2] Plaintiff's sworn statement concerning the retaliation grievance that he claims to have filed does create a dispute of fact. But it is not a genuine one. In the context of this case, the Court agrees with Judge Harris that no reasonable jury could conclude that Plaintiff filed the grievance. The Court would probably not have cited *Scott v. Harris*, 550 U.S. 372 (2007), for this proposition. Instead, the Court believes that Plaintiff's story of the loss of his grievance and its copies—when considered with all the facts of record, including the other grievances that Plaintiff successfully filed—is akin to a claim of "little green men" stealing the grievance.

IT IS SO ORDERED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE