IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON ANTHONY FLEMONS**  **PLAINTIFF**
ADC #119749

v.  No: 4:22-cv-00606-LPR

**VALERIE WESTBROOK**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Plaintiff's Eighth Amendment claims against Defendant Westbrook are dismissed with prejudice; and (2) all other claims in this case are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 14th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE